**SHA-1 Hash:** 8EFFC96D5919B7FB027921502F6E95E4D570400E   **Title:** Asa Akira is Insatiable #3
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.44.120.131 | 10/06/2012 08:13:38 | Raritan | NJ | Optimum Online | BitTorrent |
| 2 | 174.44.8.7 | 10/20/2012 02:48:50 | Dunellen | NJ | Optimum Online | BitTorrent |
| 3 | 67.87.52.60 | 10/08/2012 00:43:16 | Clifton | NJ | Optimum Online | BitTorrent |
| 4 | 68.192.45.91 | 10/16/2012 13:21:57 | Piscataway | NJ | Optimum Online | BitTorrent |
| 5 | 68.199.215.226 | 10/23/2012 11:24:31 | South Amboy | NJ | Optimum Online | BitTorrent |
| 6 | 173.61.91.129 | 10/16/2012 20:05:37 | Plainsboro | NJ | Verizon FiOS | BitTorrent |
| 7 | 173.63.146.166 | 10/03/2012 09:30:17 | Clifton | NJ | Verizon FiOS | BitTorrent |
| 8 | 173.63.70.93 | 10/26/2012 05:43:38 | Palisades Park | NJ | Verizon FiOS | BitTorrent |
| 9 | 96.250.198.70 | 10/05/2012 02:52:56 | Bayonne | NJ | Verizon FiOS | BitTorrent |
| 10 | 108.53.11.238 | 10/05/2012 21:35:49 | Union | NJ | Verizon Internet Services | BitTorrent |
| 11 | 173.54.118.143 | 10/11/2012 04:18:42 | Kendall Park | NJ | Verizon Internet Services | BitTorrent |
| 12 | 71.127.243.234 | 10/04/2012 17:16:00 | Hazlet | NJ | Verizon Internet Services | BitTorrent |
| 13 | 74.105.212.188 | 10/03/2012 04:34:47 | Livingston | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ32