Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Anal Fanatic #4 | 06/12/2012 | 06/27/2012 | 08/25/2012 16:11:35 |
| Anal Students | 01/17/2012 | 02/03/2012 | 08/20/2012 14:09:36 |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/06/2012 08:13:38 |
| Big Wet Asses #21 | 06/20/2012 | 06/26/2012 | 09/08/2012 06:03:58 |
| DP Fanatic | 03/28/2012 | 03/28/2012 | 09/29/2012 02:45:10 |
| Gangbanged #4 | 06/26/2012 | 07/03/2012 | 09/21/2012 23:18:50 |
| Jada Stevens is Buttwoman | 09/21/2012 | 10/11/2012 | 09/29/2012 10:26:25 |
| Kagney Linn Karter Is Relentless | 09/28/2011 | 10/10/2011 | 09/23/2012 01:53:29 |
| Lily Carter is Irresistible | 09/22/2012 | 09/28/2012 | 09/29/2012 08:53:23 |
| Massive Anal Booty | 12/16/2011 | 01/26/2012 | 09/14/2012 12:09:03 |
| Remy La Croix | 06/07/2012 | 08/02/2012 | 09/08/2012 05:55:33 |
| Swimsuit Calendar Girls 2012 | 05/14/2012 | 06/04/2012 | 09/14/2012 06:03:53 |

**Total Statutory Copyright Infringements for Doe #1: 12**

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/20/2012 02:48:50 |
| Busty Construction Girls | 04/27/2012 | 05/02/2012 | 05/04/2012 18:12:28 |
| Dani Daniels Dare | 09/21/2012 | 10/11/2012 | 10/26/2012 18:31:49 |
| Its a Mommy Thing #6 | 07/05/2012 | 07/16/2012 | 07/30/2012 05:17:26 |
| Lesbian Workout | 04/19/2012 | 04/23/2012 | 04/24/2012 18:58:04 |
| Lexi | 09/28/2012 | 10/10/2012 | 10/20/2012 02:49:09 |
| Swimsuit Calendar Girls 2012 | 05/14/2012 | 06/04/2012 | 05/22/2012 20:03:35 |

**Total Statutory Copyright Infringements for Doe #2: 7**

EXHIBIT B

CNJ32

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Anal Fanatic #2 | 02/04/2011 | 04/06/2011 | 05/11/2012 20:07:45 |
| Anal Students | 01/17/2012 | 02/03/2012 | 02/26/2012 01:58:10 |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/08/2012 00:43:16 |
| Big Wet Asses #19 | 06/06/2011 | 08/26/2011 | 06/17/2012 11:51:02 |
| DP Fanatic | 03/28/2012 | 03/28/2012 | 06/22/2012 11:51:20 |
| Gangbanged | 03/26/2011 | 06/03/2011 | 06/25/2012 01:04:26 |
| Gangbanged #4 | 06/26/2012 | 07/03/2012 | 08/02/2012 23:46:13 |
| Jada Stevens is Buttwoman | 09/21/2012 | 10/11/2012 | 09/28/2012 02:08:20 |
| Massive Anal Booty | 12/16/2011 | 01/26/2012 | 05/02/2012 00:11:17 |

**Total Statutory Copyright Infringements for Doe #3: 9**

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Anal Fanatic #4 | 06/12/2012 | 06/27/2012 | 06/24/2012 13:29:11 |
| Anal Students | 01/17/2012 | 02/03/2012 | 04/03/2012 15:48:18 |
| Asa Akira Is Insatiable #2 | 09/23/2011 | 10/10/2011 | 11/07/2012 11:00:14 |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/16/2012 13:21:57 |
| Big Wet Asses #21 | 06/20/2012 | 06/26/2012 | 09/16/2012 17:24:12 |
| Cum Buckets #11 | 10/11/2011 | 11/23/2011 | 12/11/2011 14:43:38 |
| Dani Daniels Dare | 09/21/2012 | 10/11/2012 | 10/16/2012 09:22:59 |
| DP Fanatic | 03/28/2012 | 03/28/2012 | 05/14/2012 14:59:33 |
| Fresh Booty #2 | 05/16/2012 | 06/01/2012 | 06/17/2012 07:10:48 |
| Gangbanged | 03/26/2011 | 06/03/2011 | 01/16/2012 12:46:48 |
| Intimate Passions | 06/08/2012 | 06/27/2012 | 06/18/2012 00:01:34 |
| Its a Mommy Thing #6 | 07/05/2012 | 07/16/2012 | 07/14/2012 03:26:30 |
| Kagney Linn Karter Is Relentless | 09/28/2011 | 10/10/2011 | 07/03/2012 12:11:59 |
| Kelly Divine Is Buttwoman | 09/30/2011 | 10/10/2011 | 12/12/2011 12:00:42 |
| Latin Booty | 07/16/2011 | 08/26/2011 | 02/13/2012 19:44:13 |
| Lexi | 09/28/2012 | 10/10/2012 | 10/16/2012 13:18:00 |
| Oiled Up | 03/21/2011 | 05/26/2011 | 02/17/2012 06:22:29 |
| Performers of the Year 2012 | 01/11/2012 | 02/03/2012 | 01/24/2012 16:17:20 |
| Real Female Orgasms #15 | 03/02/2012 | 03/08/2012 | 04/16/2012 17:26:04 |
| The Bombshells #3 | 08/08/2011 | 09/27/2011 | 10/07/2012 08:33:37 |
| Wasteland | 07/10/2012 | 07/20/2012 | 09/23/2012 10:10:58 |

**Total Statutory Copyright Infringements for Doe #4: 21**

EXHIBIT B

CNJ32

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Anal Fanatic #3 | 10/25/2011 | 11/23/2011 | 05/17/2012 10:07:17 |
| Asa Akira Is Insatiable #2 | 09/23/2011 | 10/10/2011 | 05/12/2012 02:09:08 |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/23/2012 11:24:31 |
| Big Tit Fanatic | 10/18/2011 | 11/23/2011 | 04/13/2012 07:27:15 |

**Total Statutory Copyright Infringements for Doe #5: 4**

Doe #6

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/16/2012 20:05:37 |
| Club Elite | 08/13/2011 | 09/27/2011 | 08/22/2012 20:29:18 |
| Gangbanged #4 | 06/26/2012 | 07/03/2012 | 09/27/2012 22:33:46 |
| Intimate Passions | 06/08/2012 | 06/27/2012 | 10/21/2012 21:45:43 |
| Jada Stevens is Buttwoman | 09/21/2012 | 10/11/2012 | 10/17/2012 01:28:16 |
| Seduction | 11/03/2011 | 11/23/2011 | 10/22/2012 02:07:35 |
| Swimsuit Calendar Girls 2012 | 05/14/2012 | 06/04/2012 | 10/02/2012 06:08:04 |

**Total Statutory Copyright Infringements for Doe #6: 7**

Doe #7

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Milfs Tale #2 | 06/19/2011 | 08/26/2011 | 08/11/2012 09:36:26 |
| Anal Fanatic #3 | 10/25/2011 | 11/23/2011 | 08/31/2012 00:46:36 |
| Asa Akira Is Insatiable #2 | 09/23/2011 | 10/10/2011 | 10/03/2012 02:37:01 |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/03/2012 09:30:17 |
| Big Tit Fanatic | 10/18/2011 | 11/23/2011 | 09/05/2012 01:39:43 |
| Oiled Up #2 | 01/26/2012 | 02/03/2012 | 08/09/2012 09:04:10 |

**Total Statutory Copyright Infringements for Doe #7: 6**

EXHIBIT B

CNJ32

Doe #8

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Asa Akira Is Insatiable #2 | 09/23/2011 | 10/10/2011 | 10/26/2012 05:45:27 |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/26/2012 05:43:38 |
| Big Wet Asses #21 | 06/20/2012 | 06/26/2012 | 10/26/2012 01:26:12 |
| Gangbanged #2 | 08/02/2011 | 09/27/2011 | 10/22/2012 02:09:59 |
| Portrait Of A Call Girl | 07/23/2011 | 08/30/2011 | 09/07/2012 19:03:27 |

**Total Statutory Copyright Infringements for Doe #8: 5**

Doe #9

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Anal Workout | 04/17/2011 | 06/03/2011 | 10/07/2012 03:39:48 |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/05/2012 02:52:56 |
| Jada Stevens is Buttwoman | 09/21/2012 | 10/11/2012 | 09/29/2012 19:57:44 |
| Lily Carter is Irresistible | 09/22/2012 | 09/28/2012 | 10/05/2012 02:53:51 |
| Massive Facials #5 | 07/10/2012 | 07/16/2012 | 09/07/2012 10:03:16 |
| The Bombshells #3 | 08/08/2011 | 09/27/2011 | 09/07/2012 16:11:19 |

**Total Statutory Copyright Infringements for Doe #9: 6**

Doe #10

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Milfs Tale #3 | 10/16/2012 | 10/25/2012 | 10/18/2012 12:52:01 |
| Asa Akira Is Insatiable #2 | 09/23/2011 | 10/10/2011 | 05/26/2012 15:46:44 |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/05/2012 21:35:49 |
| Best New Starlets 2012 | 12/27/2011 | 01/26/2012 | 08/16/2012 22:00:46 |
| Big Wet Asses #21 | 06/20/2012 | 06/26/2012 | 08/30/2012 20:23:19 |
| Dani Daniels Dare | 09/21/2012 | 10/11/2012 | 10/13/2012 00:16:03 |
| Gangbanged #4 | 06/26/2012 | 07/03/2012 | 07/24/2012 17:42:26 |
| Intimate Passions | 06/08/2012 | 06/27/2012 | 06/20/2012 20:56:51 |
| Jada Stevens is Buttwoman | 09/21/2012 | 10/11/2012 | 09/25/2012 14:06:33 |
| Kelly Divine Is Buttwoman | 09/30/2011 | 10/10/2011 | 09/21/2012 23:19:20 |
| Lily Carter is Irresistible | 09/22/2012 | 09/28/2012 | 09/25/2012 14:15:10 |
| Performers Of The Year 2012 | 01/11/2012 | 02/03/2012 | 07/31/2012 13:56:13 |
| Sauna Girls | 06/27/2012 | 07/31/2012 | 09/20/2012 14:57:01 |

**Total Statutory Copyright Infringements for Doe #10: 13**

EXHIBIT B

CNJ32

Doe #11

| Title | Date First Pub | Regis Date | Infringement Date |
| --- | --- | --- | --- |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/11/2012 04:18:42 |
| Big Wet Asses #19 | 06/06/2011 | 08/26/2011 | 09/18/2012 08:31:09 |
| Gangbanged #2 | 08/02/2011 | 09/27/2011 | 07/23/2012 14:45:28 |
| Gangbanged #4 | 06/26/2012 | 07/03/2012 | 07/23/2012 14:57:13 |

**Total Statutory Copyright Infringements for Doe #11: 4**

Doe #12

| Title | Date First Pub | Regis Date | Infringement Date |
| --- | --- | --- | --- |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/04/2012 17:16:00 |
| Intimate Passions | 06/08/2012 | 06/27/2012 | 10/15/2012 01:01:16 |
| Lily Carter is Irresistible | 09/22/2012 | 09/28/2012 | 09/30/2012 00:05:06 |
| Performers Of The Year 2012 | 01/11/2012 | 02/03/2012 | 08/30/2012 18:03:16 |
| Wasteland | 07/10/2012 | 07/20/2012 | 09/23/2012 08:13:30 |

**Total Statutory Copyright Infringements for Doe #12: 5**

Doe #13

| Title | Date First Pub | Regis Date | Infringement Date |
| --- | --- | --- | --- |
| Asa Akira is Insatiable #3 | 09/28/2012 | 10/12/2012 | 10/03/2012 04:34:47 |
| Big Wet Asses #19 | 06/06/2011 | 08/26/2011 | 09/27/2012 06:44:20 |
| Gracie Glam Lust | 09/30/2011 | 10/10/2011 | 09/30/2012 00:42:50 |
| Kelly Divine Is Buttwoman | 09/30/2011 | 10/10/2011 | 09/28/2012 02:31:25 |
| Party Girls | 04/10/2011 | 06/03/2011 | 09/30/2012 01:45:04 |

**Total Statutory Copyright Infringements for Doe #13: 5**