# Copyright
United States Copyright Office

Help  Search  History  Titles  Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Patrick Collins
Search Results: Displaying 32 of 911 entries



Labeled View

### *ASA AKIRA IS INSATIABLE VOL 3.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001807834 / 2012-10-12
**Application Title:** ASA AKIRA IS INSATIABLE VOL 3.
**Title:** ASA AKIRA IS INSATIABLE VOL 3.
**Description:** Videodisc (DVD)
**Copyright Claimant:** PATRICK COLLINS, INC. Address: 8015 DEERING AVE., CANOGA PARK, CA, 91304, United States.
**Date of Creation:** 2012
**Date of Publication:** 2012-09-28
**Nation of First Publication:** United States
**Authorship on Application:** PATRICK COLLINS, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** PATRICK COLLINS, INC.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT D**