Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK COLLINS, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN DOES 1-13,<br>               Defendants. | Civil Action No. 3:12-cv-07620-PGS-TJB |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 4, 5, 6, 7, 8, 9, 10, 11, 12 AND 13 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 13 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 174.44.120.131, 68.192.45.91, 68.199.215.226, 173.61.91.129, 173.63.146.166, 173.63.70.93, 96.250.198.70, 108.53.11.238, 173.54.118.143, 71.127.243.234 and

74.105.212.188, respectively. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED this 4th day of April, 2013

Respectfully submitted,

By: /s/*Patrick Cerillo*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Patrick Cerillo*

2